# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1964.  PETR SEDLACEK v. THE STATE.**

In October 2017, Petr Sedlacek was found guilty of driving while license suspended, improper operation of a moped, a low-speed vehicle, and impeding traffic flow.  Sedlacek, through his attorney, filed a timely motion for new trial.[1]  On March 19, 2018, the trial court denied the motion for new trial.  Sedlacek then filed his notice of appeal on May 18, 2018.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted).  Although it appears that on April 17, 2018, Sedlacek filed a petition for an extension of time to file his notice of appeal, the record does not contain a ruling on that petition.  Accordingly, Sedlacek's notice of appeal filed 60 days after the entry of the order he seeks to appeal is untimely, and his appeal his hereby DISMISSED for lack of jurisdiction.

---

[1] Sedlacek also filed a pro se motion for new trial.  However, pro se filings by represented parties are legal nullities. *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 07/18/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

     *Stephen E. Castlen*  *, Clerk.*